and his co-defendant, Hotchkiss. He sold and delivered goods with eyes open as to whom he was actually dealing with, and the record but confirms this statement. We find no error committed by the court below, and think the complaint properly dismissed. Judgment and order appealed from affirmed, with costs.

QUINN et al., Appellants, v. QUINN, Respondent. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Action by Edward J. Quinn and another against Bessie Quinn. C. G. F. Wahle, for appellants. C. D. Cruikshank, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to the plaintiffs, upon payment of the costs of the motion below and of this appeal, to apply to the court below to be relieved from the order appealed from, upon serving a bill of particulars in compliance with the order of January 3, 1899.

RAFF et al. v. KOSTER et al. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by Norman C. Raff and another against Koster, Bial & Co. No opinion. Motion to dismiss denied, with $10 costs.

RAFF et al. v. KOSTER et al. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by Norman C. Raff and another against Koster, Bial & Co. No opinion. Motion to place appeal on nonenumerated calendar denied.

RAILWAY ADVERTISING CO., Respondent, v. SPRAGUE et al., Appellants. (Supreme Court, Appellate Division, First Department. March 24, 1899.) Action by the Railway Advertising Company against Frank J. Sprague and others. A. S. Thayer, for appellants. W. H. Van Benschoten, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

REIZENSTEIN, Appellant, v. HILD, Respondent. (Supreme Court, Appellate Division, Second Department. March 21, 1899.) Action by Charles Reizenstein against Marie Hild. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

RENSHAW, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 5, 1899.) Action by William J. Renshaw against the city of New York to recover for additional compensation as a member of the uniformed force of the fire department. From a judgment dismissing the complaint, plaintiff appeals. Affirmed. James M. Hunt, for appellant. Terence Farley, for respondent.

PER CURIAM. The question presented on this appeal is the same as the one presented in Keyes v. City of New York (just decided by this court) 57 N. Y. Supp. 1047. On the authority of and for the reasons stated in, the opinion delivered in that case, the judgment here appealed from must be affirmed, with costs.

REUBENFELD, Appellant, v. RABINER et al., Respondents. (Supreme Court, Appellate Division, First Department. February 24, 1899.) Action by Herman Reubenfeld against Meyer Rabiner and another. W. M. Speer, for appellant. E. F. Dwight, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements.

In re RIDLEY. (Supreme Court, Appellate Division, First Department. February 24, 1899.) In the matter of Mary Ridley. W. C. Van Slyck, for appellant. C. R. Waterbury, for respondent. No opinion. Order affirmed, without costs.

RIZZO et al., Respondents, v. BALL et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 21, 1899.) Action by Maria Rizzo and another against Charles Ball and another. No opinion. Judgment reversed on argument, and new trial granted, costs to abide the event.

ROBERT, Appellant, v. POWELL, Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) Action by Francis B. Robert against Sarah H. Powell. No opinion. Judgment and order unanimously affirmed, with costs, on the authority of Dubois v. City of Kingston, 102 N. Y. 219, 6 N. E. 273. See 52 N. Y. Supp. 918.

ROBERTSON, Respondent, v. OPPENHEIM, Appellant. (Supreme Court, Appellate Division, First Department. April 21, 1899.) Action by Henry M. Robertson against Benjamin Oppenheim, impleaded. No opinion. Motion denied, with $10 costs.

ROBINSON v. COLUMBIA SPINNING CO. (Supreme Court, Appellate Division, First Department. December 9, 1898.) Action by Charles L. Robinson against the Columbia Spinning Company. No opinion. Motion granted. See 49 N. Y. Supp. 4, and 52 N. Y. Supp. 751.

RODKINSON, Appellant, v. GANTZ, Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1899.) Action by Michael L. Rodkinson against Joseph Gantz. R. Marks, for appellant. C. A. Brodek, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on opinion of Scott, J., in the court below. 56 N. Y. Supp. 480.

ROSENDORF et al. v. FICHMAN et al. (City Court of New York, General Term. March 28, 1899.) Action by William Rosendorf and another against Ernestina Fichman and another. A. B. Schleimer, for appellants. Max Altmayer, for respondents.

PER CURIAM. Order appealed from affirmed.

ROUNDY, Appellant, v. EVERY et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 8, 1899.) Action by